ASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vladislav Iylmaz,<br><br>　　　　　Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>　　　　　Respondents. | No.　CV-25-03331-PHX-DJH (ESW)<br><br>**ORDER** |

　　　　Petitioner Vladislav Iylmaz, who is currently in Immigration and Customs Enforcement (ICE) custody, has filed through counsel a Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) and paid the filing fee. The Court will require an answer to the Petition.

　　　　In his Petition, Petitioner names as Respondents: John Cantu, Field Office Director of the Phoenix Office of ICE Detention and Removal; Todd M. Lyons, ICE Acting Director; Kristi Noem, Secretary of Homeland Security (DHS); Pamela Bondi, United States Attorney General; and DHS.

　　　　Petitioner is a citizen of Russia, who fled that country out of fear for his life. Petitioner entered the United States in October 2022, and applied for asylum. In November 2022, ICE initiated removal proceedings against Petitioner, and a hearing was scheduled for 2027 in New York. However, in August 2025, Petitioner was arrested while driving his vehicle, placed into ICE custody and transported to a detention center in Eloy, Arizona. Petitioner's immigration case was then *sua sponte* transferred to the Eloy Immigration

TERMPSREF

1  Court, in alleged violation of 8 C.F.R. § 1003.20(b). On September 8, 2025, Petitioner
2  sought a bond redetermination hearing, but, on September 11, 2025, the Eloy Immigration
3  Cour concluded that it lacked jurisdiction to conduct such a hearing. As a result, Petitioner
4  remains in detention in alleged violation of 8 U.S.C. § 1226(a), 8 C.F.R. §§ 236.1, 1236.1,
5  and 1003.19, the Administrative Procedures Act, and the Fifth Amendment.

6  The Court will require Respondents to answer the Petition.

7  **IT IS ORDERED:**

8  (1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

10 (2) If not already issued, the Clerk of Court must immediately issue any properly completed summons.

12 (3) The Clerk of Court must immediately transmit by email a copy of the Petition (Doc. 1) and this Order to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@doj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

16 (4) Respondents must answer the Petition within twenty (20) days of the date of service.

18 (5) Petitioner may file a reply within ten (10) days from the date of service of the answer.

20 (6) Regarding courtesy copies of documents for chambers, Respondents are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

26 . . . .
27 . . . .
28 . . .

**TERMPSREF**

(7)     This matter is referred to Magistrate Judge Eileen S. Willett pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 12th day of September, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge

**TERMPSREF**