# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vladislav Iylmaz, | No. CV-25-03331-PHX-DJH (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

The Court has reviewed Petitioner's to Enforce Judgement and Order (Doc. 26). The Court orders an immediate response to the motion. Respondents must address the contention that during the January 21, 2026, bond hearing the Immigration Judge entered a finding "no action required." Respondents must also address whether the Court should direct Petitioner's immediate release from custody.

**IT IS THEREFORE ORDERED** Respondents must respond to Petitioner's Motion (Doc. 26) no later than 5:00 p.m. on January 22, 2026. Petitioner may file a reply no later than 10:00 a.m. on January 23, 2026.

Dated this 22nd day of January, 2026.

Honorable Diane J. Humetewa
United States District Judge