# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vladislav Iylmaz,<br><br>    Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>    Respondents. | No. CV-25-03331-PHX-DJH (MTM)<br><br>**ORDER** |

The parties must file simultaneous notices updating the Court as to the status of Petitioner's bond redetermination hearing and the result.

**IT IS THEREFORE ORDERED** no later than January 30, 2026 the parties must file simultaneous notices as directed herein.

Dated this 30th day of January, 2026.

Honorable Diane J. Humetewa
United States District Judge