# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vladislav Iylmaz,<br><br>　　　　　Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>　　　　　Respondents. | No. CV-25-03331-PHX-DJH (MTM)<br><br>**ORDER** |

The Court granted Petitioner's § 2241 Petition on January 15, 2026, and directed Respondents to either release Petitioner or provide him a bond hearing within seven days. (Doc. 24.) On January 21, 2026, Petitioner filed a motion to enforce the Court's judgment, arguing that during the bond hearing on January 21, 2026, the Immigration Judge "took no action" as to whether Petitioner was entitled to bond and "entered a finding that 'no action [was] required.'" (Doc. 26 at 2.) The Court ordered immediate briefing on the motion. The parties filed their responses. Respondents indicated Petitioner—who was apparently unrepresented at the bond hearing—requested to postpone the hearing, which is why no action was taken. Petitioner—through counsel—filed a reply including Petitioner's declaration that "At no point did I request a continuance of my bond hearing." (Doc. 30 at 2 ¶ 4.) "The request to continue the bond hearing was initiated by the Immigration Judge, not by me." (*Id.* ¶ 5.) The Court therefore directed the parties to file simultaneous notices updating the Court as to the status of Petitioner's bond redetermination hearing and the result. (Doc. 31.)

1. Respondents indicate Petitioner has not requested that his bond hearing be rescheduled. (Doc. 32.) Petitioner's supplemental notice states "Petitioner has not received a custody re-determination hearing under the standards established by *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011)." (Doc. 33.) Because of the factual dispute surrounding what transpired at the January 21, 2026, hearing, the Court will require Respondents to provide a transcript or recording of the January 21, 2026, hearing. Alternatively, no later than February 4, 2026, Respondents may release Petitioner under the same conditions that existed before his redetention or provide Petitioner with a bond hearing.

**IT IS THEREFORE ORDERED** no later than February 4, 2026, Respondents must provide a transcript or recording of the January 21, 2026, bond hearing. Alternatively, no later than February 4, 2026, Respondents may release Petitioner under the same conditions that existed before his redetention or provide Petitioner with a bond hearing.

Dated this 2nd day of February, 2026.

Honorable Diane J. Humetewa
United States District Judge