1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

7
8
9  Vladislav Iylmaz,                           No. CV-25-03331-PHX-DJH (MTM)

10              Petitioner,                      **ORDER**

11  v.

12  John Cantu, et al.,

13              Respondents.

14

15      Respondents submitted the audio recording of Petitioner's January 21, 2026, bond

16  hearing.  (Doc. 40.)  During the hearing, the Immigration Judge ("IJ") notes Petitioner

17  (who is referred to as "Respondent" in the hearing) had not submitted documents

18  supporting his request for release on bond.  Petitioner, who was not represented at the

19  hearing, explained he only received notice of the bond hearing the day prior and was

20  therefore unable to compile all necessary documents in time for the hearing.  The IJ asked

21  Petitioner if he would like additional time to prepare, obtain sponsor information or an

22  attorney,[1] and Petitioner indicated yes.  The IJ explained the type of information

23  Petitioner should obtain from his sponsor. Petitioner then asked whether he will be

24  released under this Court's order that he be released or receive a bond hearing within 7

25  days.  The IJ explained that when Petitioner submits the required documents a renewed

26  hearing would be held within 10 days.  The audio recording does not reflect that

27  Petitioner requested a 10-day continuance of his bond hearing.

28

---

[1] Petitioner is represented by counsel in these habeas proceedings.

1    Providing Petitioner with one day's notice of the bond hearing and indicating any

2  rescheduled hearing would not take place for up to ten days does not comply with the

3  clear language of this Court's January 15, 2026, Order.  The recording makes clear the IJ

4  was acutely aware of the Order's requirements and he chose to disregard them.  The only

5  conclusion to be drawn by the hearing record is that Respondents delayed in giving

6  Petitioner proper notice of the date of his hearing, thereby obstructing his (or his

7  counsel's) ability to prepare.  By its own dilatory action, Respondents failed to provide

8  Petitioner with a meaningful bond hearing within 7 days, as this Court ordered.

9  Accordingly, the Court finds that Petitioner's immediate release, rather than requiring he

10  remain detained while awaiting a bond hearing, is the appropriate remedy.

11    **IT IS THEREFORE ORDERED** Petitioner's Motion to Enforce Judgment

12  (Doc. 26) is **granted**.  Petitioner must be immediately released from custody under the

13  same conditions that existed before his detention.  Respondents must file a Notice of

14  Compliance within 24 hours.

15    Dated this 4th day of February, 2026.

16

17    Honorable Diane J. Humetewa
       United States District Judge
18

19

20

21

22

23

24

25

26

27

28